No. 71–5077. LILLY v. RUNDLE, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 71–5080. HURD v. DiMENTO & SULLIVAN. C. A. 1st Cir. Certiorari denied.

No. 71–5083. PRENTISS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 71–5086. GUZMAN v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 71–5093. NEWSOME v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 71–5098. REYNAUD v. SECURITIES AND EXCHANGE COMMISSION. C. A. 2d Cir. Certiorari denied.

No. 70–83. WELLS v. CALIFORNIA. App. Dept., Super. Ct. Cal., County of Riverside. Motion to dispense with printing petition granted. Certiorari denied.

No. 70–140. NOLTE v. UNITED STATES. C. A. 5th Cir. Motion to dispense with printing petition granted. Certiorari denied.

No. 70–242. ADICKES ET AL. v. MURPHY ET AL. C. A. 2d Cir. Motion to dispense with printing petition granted. Certiorari denied.

No. 70–326. JOHNSTON v. UNITED STATES. C. A. 9th Cir. Motion to dispense with printing petition granted. Certiorari denied.

No. 71–12. TATASCIORE v. NEW JERSEY. Super. Ct. N. J. Motion to dispense with printing petition granted. Certiorari denied.